**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 18-CV-245-CRC |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S NOTICE OF LODGING

Defendant United States Department of Justice ("DOJ") hereby gives notice that it is lodging today one declaration for the Court's *ex parte* and *in camera* review only, with the Department of Justice's Classified Information Security Officer, part of the Litigation Security Group for secure transmission to the Court. The *ex parte, in camera* declaration of David M. Hardy is provided in support of the Defendant's Motion for Summary Judgment, being filed later today. It contains classified information. A redacted version of this declaration will be filed on the public docket. Because this declaration contains classified information, if the Court concludes that it needs to review the declaration to rule on the motion for summary judgment, it must do so *in camera* and *ex parte*. The Classified Information Security Officer will make this declaration available for *in camera*, *ex parte* review at the Court's convenience.

Date:   October 12, 2018           Respectfully submitted,

                                                 CHAD A. READLER
                                                 Principal Deputy Assistant Attorney General
                                                 Civil Division

                                                 MARCIA BERMAN
                                                 Assistant Director, Federal Programs Branch

- 2 -

<div style="margin-left: 40%;">

<u>/s/  Amy E. Powell</u>
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, United States Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC  27601-1461
Phone: (919) 856-4013
Email:  amy.powell@usdoj.gov

*Counsel for Defendant*

</div>