IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

Plaintiff,

v.

DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No.:  18-cv-0245

# EXHIBIT A



July 19, 2017

<u>VIA CERTIFIED MAIL & EFOIA PORTAL</u>

Federal Bureau of Investigation
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4483

<u>Re:  Freedom of Information Act Request</u>

Dear Freedom of Information Officer:

Judicial Watch, Inc. ("Judicial Watch") hereby requests that the Federal Bureau of Investigation (FBI) produce the following records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"):

1) **Copies of all proposed and all final signed FISA applications submitted to the FISC relating to Russian interference in the 2016 election, allegations of collusion between people associated with the Trump campaign and Russia, and any known Trump associates regardless of context;**

2) **Copies of all FISC responses to the above-mentioned applications in which the Court notified the FBI or Justice Department that it would not grant the proposed applications or recommended changes.  If any such FISC responses were provided orally, rather than in writing, please provide copies of FBI or Justice Department records memorializing or otherwise referencing the relevant FISC responses;**

3) **Copies of all FISC orders relating to the above-mentioned applications, whether denying the applications and certifications, denying the orders, modifying the orders, granting the orders, or other types of orders.**

Please determine whether to comply with this request within the time period required by FOIA and notify us immediately of your determination, the reasons therefor, and the right to appeal any adverse determination to the head of the agency or his or her designee.  5 U.S.C. § 552(a)(6)(i).  Please also produce all responsive records in an electronic format ("pdf" is preferred), if convenient.  We also are willing to accept a "rolling production" of responsive records if it will facilitate a more timely production.

Judicial Watch also hereby requests a waiver of both search and duplication fees.

**Federal Bureau of Investigation**
**July 19, 2017**
**Page 2 of 3**

We are entitled to a waiver of search fees because we are a "representative of the news media." *See* 5 U.S.C. § 552(a)(4)(A)(ii)(II); *see also Cause of Action v. Federal Trade Comm.*, 799 F.3d 1108 (D.C. Cir. 2015); *Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381 (D.C. Cir. 1989). For more than twenty years, Judicial Watch has used FOIA and other investigative tools to gather information about the operations and activities of government, a subject of undisputed public interest. We submit over 400 FOIA requests annually. Our personnel, which includes experienced journalists and professional writers on staff and under contract, use their editorial skills to turn this raw information into distinct works that are disseminated to the public via our monthly newsletter, which has a circulation of over 300,000, weekly email update, which has over 600,000 subscribers, investigative bulletins, special reports, www.judicialwatch.org website, *Corruption Chronicles* blog, and social media, including Facebook and Twitter, among other distribution channels. We have authored several books, including *Corruption Chronicles* by Tom Fitton (Threshold Editions, July 24, 2012), and *Clean House* by Tom Fitton (Threshold Editions, Aug. 30, 2016). In 2012, we produced a documentary film, "District of Corruption," directed by Stephen K. Bannon. Our "news media" status has been confirmed in court rulings. *See, e.g., Judicial Watch, Inc. v. U.S. Dep't of Defense*, 2006 U.S. Dist. LEXIS 44003, *1 (D.D.C. June 28, 2006); *Judicial Watch, Inc. v. U.S. Dep't of Justice*, 133 F. Supp.2d 52 (D.D.C. 2000). As a tax exempt, 501(c)(3) non-profit corporation, we have no commercial interests and do not seek the requested records for any commercial use. Rather, we intend to use the requested records as part of our on-going investigative journalism and public education efforts to promote integrity, transparency, and accountability in government and fidelity to the rule of law.

Judicial Watch also is entitled to a waiver of both search fees and duplication fees because "disclosure of the information is in the public interest." 5 U.S.C. § 552(a)(4)(A)(iii). Disclosure of the requested records undoubtedly will shed light on "the operations or activities of the government." *Cause of Action*, 799 F.3d at 1115 (*quoting* 5 U.S.C. § 552(a)(4)(A)(iii)). Disclosure also is "likely to contribute significantly to the public understanding" of those operations or activities because, among other reasons, Judicial Watch intends to disseminate both the records and its findings to "a reasonably broad audience of persons interested in the subject" via its newsletter, email updates, investigative bulletins, website, blog, and its other, regular distribution channels. *Cause of Action*, 799 F.3d at 1116 (*quoting Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 815 (2d Cir. 1994)). Again, Judicial Watch does not seek the requested records for any commercial benefit or for its own "primary" benefit, but instead seeks them as part of its ongoing investigative journalism and public education efforts to promote integrity, transparency, and accountability in government and fidelity to the rule of law.

In the event our request for a waiver of search and/or duplication costs is denied, Judicial Watch agrees to pay up to $300.00 in search and/or duplication costs. Judicial Watch requests that it be contacted before any such costs are incurred, in order to prioritize search and duplication efforts.

**Federal Bureau of Investigation**
**July 19, 2017**
**Page 3 of 3**

If you do not understand this request or any portion thereof, or if you feel you require clarification of this request or any portion thereof, please contact us immediately at 202-646-5172 or kbailey@judicialwatch.org.

Thank you for your cooperation.

Sincerely,

Kate Bailey
Judicial Watch, Inc.

----START MESSAGE---- Subject: eFOIA Request Received Sent: 2017-07-21T19:14:21.959345+00:00 Status: pending Message:

# Organization Representative Information

| | |
|---|---|
| **Organization Name** | Judicial Watch, Inc. |
| **Prefix** | |
| **First Name** | Kate |
| **Middle Name** | |
| **Last Name** | Bailey |
| **Suffix** | |
| **Email** | kbailey@judicialwatch.org |
| **Phone** | 202-646-5162 |
| **Location** | United States |

# Domestic Address

| | |
|---|---|
| **Address Line 1** | 425 3rd Street SW |
| **Address Line 2** | Suite 800 |
| **City** | Washington |
| **State** | District of Columbia |
| **Postal** | 20024 |

# Agreement to Pay

**How you will pay**   I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $**   300

# Proof Of Affiliation for Fee Waiver

**Waiver Explanation**   \*Representative of the news media
\*Disclosure of information is in the public interest

**Documentation Files**   4557_FBI-1.pdf

# Non-Individual FOIA Request

**Request Information**

Judicial Watch, Inc. (â€œJudicial Watchâ€) hereby requests that the Federal Bureau of Investigation (FBI) produce the following records pursuant to the Freedom of Information Act, 5 U.S.C. Â§ 552 (â€œFOIAâ€):

1) Copies of all proposed and all final signed FISA applications submitted to the FISC relating to Russian interference in the 2016 election, allegations of collusion between people associated with the Trump campaign and Russia, and any known Trump associates regardless of context;

2) Copies of all FISC responses to the above-mentioned applications in which the Court notified the FBI or Justice Department that it would not grant the proposed applications or recommended changes. If any such FISC responses were provided orally, rather than in writing, please provide copies of FBI or Justice Department records memorializing or otherwise referencing the relevant FISC responses;

3) Copies of all FISC orders relating to the above-mentioned applications, whether denying the applications and certifications, denying the orders, modifying the orders, granting the orders, or other types of orders.

----END MESSAGE----

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

      Plaintiff,

          v.

DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No.:  18-cv-0245

# EXHIBIT B



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 27, 2017

MS. KATE BAILEY
JUDICIAL WATCH, INC.
SUITE 800
425 THIRD STREET, SW
WASHINGTON, DC 20024

FOIPA Request No.: 1380709-000
Subject: FISA Applications relating to Trump
Associates and Russia

Dear Ms. Bailey:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the _____ Resident Agency / _____ Field Office
and forwarded to FBI Headquarters for processing.

☑ You submitted your request via the FBI's eFOIPA system.

 ☑ We have reviewed your request. Consistent with the FBI eFOIPA terms of
 service, future correspondence about your FOIA request will be provided in an
 email link.

 ☐ We have reviewed your request. Consistent with the FBI eFOIPA terms of
 service, future correspondence about your FOIPA request will be sent through
 standard mail.

☐ The subject of your request is currently being processed for public release.   Documents
will be released to you upon completion.

☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault),
http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑ Your request for a fee waiver is being considered and you will be advised of the decision
at a later date.   If your fee waiver is denied, you will be charged fees in accordance with
the category designated below.

☑ For the purpose of assessing fees, we have made the following determination:

 ☐ As a commercial use requester, you will be charged applicable search, review,
 and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

 ☑ As an educational institution, noncommercial scientific institution or
 representative of the news media requester, you will be charged applicable
 duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

 ☐ As a general (all others) requester, you will be charged applicable search and
 duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number.   Status updates are adjusted weekly.   The status of newly assigned requests may not be available until the next weekly update.   If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.   Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:   https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

      Plaintiff,

         v.

DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No.:  18-cv-0245

# EXHIBIT C



**U.S. Department of Justice**

_____

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 7, 2017

MS. KATE BAILEY
JUDICIAL WATCH, INC.
SUITE 800
425 THIRD STREET, SW
WASHINGTON, DC 20024

FOIPA Request No.: 1380709-000
Subject: FISA Applications relating to Trump
Associates and Russia

Dear Ms. Bailey:

This is in response to your Freedom of Information Act (FOIA) request.

The FBI is an intelligence agency as well as a law enforcement agency. In its capacity as an intelligence agency, the FBI compiles records while carrying out its responsibilities to investigate threats to national security and gather foreign intelligence. The FBI can neither confirm nor deny the existence of records responsive to your request pursuant to FOIA Exemptions (b)(1), (b)(3), (b)(7)(A), and (b)(7)(E) of 5 U.S.C.§ 552.

The nature of your request implicates records the FBI may or may not compile pursuant to its national security and foreign intelligence functions. Accordingly, the FBI cannot confirm or deny the existence of any records about your subject as the mere acknowledgment of such records existence or nonexistence would in and of itself trigger harm to national security interests per Exemption (b)(1) and/or reveal intelligence sources and methods per Exemption (b)(3); 50 U.S.C. § 3024(i)(1).

Moreover, as a federal law enforcement agency, a confirmation by the FBI that it has or does not have responsive records would be tantamount to acknowledging the existence or nonexistence of a pending investigation it has not previously acknowledged. Therefore, the FBI neither confirms nor denies the existence of records pursuant to FOIA Exemption (b)(7)(A) of 5 U.S.C. § 552.

Finally, FOIA Exemption (b)(7)(E) protects "records or information compiled for law enforcement purposes when disclosure would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law." How the FBI applies its investigative resources against a particular allegation, report of criminal activity, or perceived threat is, itself a law enforcement technique or procedure that the FBI protects pursuant to Exemption (b)(7)(E) of 5 U.S.C. § 552. Accordingly, a confirmation by the FBI that it has or does not have responsive records would be tantamount to acknowledging where the FBI is or is not applying investigative resources thus disclosing the scope of law enforcement techniques and procedures.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. <u>See</u> 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Although your request is in litigation, we are required by 5 USC § 552 (a)(6)(A) to provide you the following information concerning your right to appeal. You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web
site:  https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual  pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government  service he release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the  person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

      Plaintiff,

          v.

DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No.:  18-cv-0245

# EXHIBIT D

  

**Judicial Watch**
*Because no one
is above the law!*

<u>VIA CERTIFIED US MAIL</u>

RECEIVED

NOV 0 6 2017

Office of Information Policy

November 2, 2017

Director, Office of Information Policy
U.S. Department of Justice
1425 New York Ave. NW, Suite 11050
Washington, D.C. 20530

## Re: <u>FREEDOM OF INFORMATION ACT APPEAL</u>

## <u>FOIPA REQUEST NO. 1380709-000</u>

Dear Sir/Madam:

This letter constitutes a timely appeal of an adverse determination of a Freedom of Information Act request.

On July 19, 2017, Judicial Watch Inc. (hereafter "Judicial Watch"), filed a Freedom of Information Act (hereafter "FOIA") request with the Federal Bureau of Investigation (FBI) requesting the following:

1) **Copies of all proposed and all final signed FISA applications submitted to the FISC relating to Russian interference in the 2016 election, allegations of collusion between people associated with the Trump campaign and Russia, and any known Trump associates regardless of context;**

2) **Copies of all FISC responses to the above-mentioned applications in which the Court notified the FBI or Justice Department that it would not grant the proposed applications or recommended changes. If any such FISC responses were provided orally, rather than in writing, please provide copies of FBI or Justice Department records memorializing or otherwise referencing the relevant FISC responses;**

3) **Copies of all FISC orders relating to the above-mentioned applications, whether**

U.S. Department of Justice
FOIA Appeal
April 5, 2017
Page 2 of 3

denying the applications and certifications, denying the orders, modifying the orders, granting the orders, or other types of orders.

In a response letter dated August 7, 2017, David M. Hardy, Section Chief of FBI Record/Information Dissemination Section, stated that "The nature of your request implicates records the FBI mayor may not compile pursuant to its national security and foreign intelligence functions. Accordingly, the FBI cannot confirm or deny the existence of any records about your subject as the mere acknowledgment of such records existence or nonexistence would in and of itself trigger harm to national security interests per Exemption (b)(1) and/or reveal intelligence sources and methods per Exemption (b)(3); 50 U.S.C. § 3024(i)(1)" and that the FBI could neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(7)(A) and (b)(7)(E) of 5 U.S.C. § 552. This letter respectfully appeals the decision of Mr. Hardy.

Mr. Hardy's response amounts to no more than a barren assertion that the responsive records are being withheld pursuant to FOIA Exemptions (b)(1), (b)(3), (b)(7)(A) and (b)(7)(E). Yet such a response "cannot suffice to establish the fact." *Founding Church o/Scientology o/Washington, D.C., Inc.* v. *National Security Agency,* 610 F.2d 824,831 (D.C. Cir. 1979). Moreover, it is longstanding precedent that "an agency cannot meet its obligation simply by quoting the statutory language of an exemption." *Army Times Pub. Co. v. Department o/the Air Force,* 998 F.2d 1067, 1070 (D.C. Cir. 1993) (remarking that affidavits "[p]arroting the case law" were insufficient); *Voinche* v. *Federal Bureau o/Investigation,* 412 F. Supp. 2d 60,69 (D.D.C. 2006) (agency failed to satisfy its burden where declaration "merely quote [ d] the statutory language" of an exemption).

Because the FBI has done nothing more than quote the statutory language of the claimed exemptions, it clearly has not met its burden under FOIA. To satisfy its burden, at a minimum, the FBI must provide sufficient identifying information with respect to each of the records that it withheld to enable Judicial Watch to assess the propriety of the claimed exemption. *Vaughn* v. *Rosen,* 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). Similarly, the National Archives and Record Administration has failed to demonstrate that all non-exempt information has been segregated. *Sussman* v. *Us. Marshals Service,* 494 F.3d 1106, 1116 (D.C. Cir. 2007).

Judicial Watch respectfully appeals and requests full access to all documents in possession of the FBI responsive to our FOIA request of December 12, 2016 for copies of all emails seized pursuant to an FBI warrant to search emails found on a computer used by former Congressman Anthony Weiner that may contain evidence relevant to the investigation into Hillary Clinton's private email server.

U.S. Department of Justice
FOIA Appeal
April 5, 2017
Page 3 of 3

     If there are any questions regarding this appeal, please do not hesitate to contact me at (202) 646-5172 or by email at kbailey@judicialwatch.org. Thank you for your attention to this matter.

Sincerely,

Kate Bailey
FOIA Program Manager



**Judicial Watch**
*Because no one is above the law!*

7017 1000 0000 5383 0995





NEOPOST
11/02/2017
US POSTAGE $006.11¹⁹

ZIP 20024
941L10409544

**Freedom of Information Act Appeal**
Director, Office of Information Policy
U.S. Department...
4-5 New York Ave. N    Suite 11050
Washington, D.C. 20530

**X-RAYED**
NOV 06 2017
JM5 MAILROOM

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

      Plaintiff,

         v.

DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No.:  18-cv-0245

# EXHIBIT E



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Ms. Kate Bailey
Judicial Watch, Inc.
Suite 800
425 Third Street, SW                    Re:    Appeal No. DOJ-AP-2018-000876
Washington, DC  20024                           Request No. 1380709-000
kbailey@judicialwatch.org                       MWH:TAZ

**VIA:  Email**

Dear Ms. Bailey:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning FISA applications, and FISC responses and orders regarding these applications, relating to Russian interference in the 2016 election, allegations of collusion between Trump associates and Russia.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. I have determined that the FBI properly refused to confirm or deny the existence of any records responsive to your request because the existence or nonexistence of any responsive records is currently and properly classified. See 5 U.S.C. § 552(b)(1). However, I am referring this matter to the Department of Justice's Department Review Committee so that it may determine if the existence or nonexistence of any responsive records should remain classified under Executive Order No. 13,526. You will be informed of the Department's final decision on this matter. This referral does not affect your right to pursue litigation.

The FBI also properly refused to confirm or deny the existence of any records responsive to your request pursuant to the following FOIA exemptions:

5 U.S.C. § 552(b)(3), which concerns matters specifically exempted from release by statute (in this instance, 50 U.S.C. § 3024(i)(1), which pertains to the National Security Act of 1947 and the Central Intelligence Agency Act of 1949);

5 U.S.C. § 552(b)(7)(A), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings; and

- 2 -

5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures or guidelines for law enforcement investigations or prosecutions.

Please be advised that for each of these exemptions, it is reasonably foreseeable that disclosure of the existence of the information withheld would harm the interests protected by these exemptions.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

12/14/2017

X _____

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: OIP

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

      Plaintiff,

          v.

DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No.:  18-cv-0245

# EXHIBIT F



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 20, 2018

MS. KATE BAILEY
JUDICIAL WATCH, INC.
SUITE 800
425 THIRD STREET, SW
WASHINGTON, DC 20024

Civil Litigation No.: 18-cv-00245
Subject: FISA Applications Relating to Trump
Associates and Russia

Dear Ms. Bailey:

The enclosed documents were reviewed under the Freedom of Information Act (FOIA), Title 5, United States Code, Section 552. As a result of President Trump's declassification of the House Permanent Select Committee (HPSCI) Majority Staff's January 18, 2018 memorandum entitled "Foreign Intelligence Surveillance Act Abuses at the Department of Justice and the Federal Bureau of Investigation," which revealed DOJ and the FBI had sought and obtained authority under the Foreign Intelligence Surveillance Act (FISA) to conduct surveillance of Carter Page, and the subsequent release of the HPSCI Minority's January 29, 2018, memorandum entitled "Correcting the Record – The Russia Investigation," which provided additional information about the Page FISAs, the government was required to review these records for potential release of segregable information in response to FOIA requests for these materials.

Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

| Section 552 | Section 552 | Section 552a |
|---|---|---|
| ☑ (b)(1) | ☑ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| 50 USC Section 3024(i)(1) | ☑ (b)(7)(D) | ☐ (k)(2) |
| | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

589 pages were reviewed and 412 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, check boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☐  Documents were located which originated with, or contained information concerning, another Government Agency [OGA].

☐  This information has been referred to the OGA for review and direct response to you.

⌐ We are consulting with another agency.   The FBI will correspond with you regarding this information
when the consultation is completed.

⌐
In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act
exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the
existence of your subject's name on any watch lists.

   For your information, Congress excluded three discrete categories of law enforcement and national security
records from the requirements of the Freedom of Information Act (FOIA).   See 5 U.S. C. § 552(c) (2006 & Supp. IV
(2010).   This response is limited to those records subject to the requirements of the FOIA.   This is a standard
notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do
not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

   Although your request is in litigation, we are required by 5 USC § 552 (a)(6)(A) to provide you the following
information concerning your right to appeal.   You may file an appeal by writing to the Director, Office of Information
Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C.
20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following
web site:   https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or
electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you
submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act
Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

⌐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was
the focus of the investigation.   Our search located additional references, in files relating to other
individuals, or matters, which may or may not be about your subject(s).   Our experience has shown
such additional references, if identified to the same subject of the main investigative file, usually contain
information similar to the information processed in the main file(s).   As such, we have given priority to
processing only the main investigative file(s) given our significant backlog.   If you would like to receive
any references to the subject(s) of your request, please submit a separate request for the reference
material in writing.   The references will be reviewed at a later date, as time and resources permit.

☑
See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Information Management Division

Enclosures

   The enclosed documents represent the final release of information responsive to your FOIA request.   The
attached documents are Bates stamped 17-cv-597(FBI)-1-412.[1]   An additional 177 responsive pages were
categorically withheld pursuant to FOIA Exemptions (b)(1), (b)(3), (b)(7)(A), and (b)(7)(E).

   Beyond what is released herein, the FBI neither confirms nor denies the existence of additional records
responsive to this request because merely acknowledging whether or not responsive records exist would itself cause

---

[1] 17-cv-597(FBI) was used as the Bates stamp prefix because the records responsive to your request were processed
in response to the FOIA request at issue in *James Madison Project, et al. v. Department of Justice,* 17-cv-00597
(District of D.C.).

harms protected against by FOIA Exemptions (b)(1), (b)(3), (b)(7)(A), and (b)(7)(E).

This material is being provided to you at no charge.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1) (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2) related solely to the internal personnel rules and practices of an agency;

(b)(3) specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4) trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5) inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6) personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7) records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal  privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8) contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9) geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5) information compiled in reasonable anticipation of a civil action proceeding;

(j)(2) material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,   or reduce crime or apprehend criminals;

(k)(1) information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2) investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3) material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4) required by statute to be maintained and used solely as statistical records;

(k)(5) investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6) testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7) material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.

      Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 1:18-cv-0245-CRC

# EXHIBIT G

## FOIA Exemption Code Index

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 2 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 3 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 4 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 5 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 6 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 7 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 8 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 9 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 10 | | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 11 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 12 | X | X | X | | X | | | | X | X | X | | | | | | | X | | | | | | |
| 13 | X | X | X | | X | | | | X | X | | | | X | | | | X | | | | | | |
| 14 | X | X | X | | X | | | | X | X | | | | | | | | X | | | | | | |
| 15 | X | X | X | | X | | | | X | X | X | | X | X | | | | X | | | | | | |
| 16 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 17 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 18 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 19 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 20 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 21 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 22 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 23 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | X | | | | | | |
| 25 | | X | | | | | | | X | X | | | | | | | | X | | | | | | |
| 26 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 27 | X | X | X | | | | | X | X | X | | | X | X | | | | X | | | | | | |
| 28 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 29 | X | X | X | | X | | | X | X | X | X | X | | X | | | | X | | | | | | |
| 30 | X | X | X | | X | | | X | X | X | X | | | X | | | | X | | | | | | |
| 31 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 32 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 33 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 34 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 35 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 36 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 37 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 38 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 39 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 40 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 41 | X | X | X | | X | | | | X | X | X | | | X | X | | | X | | | | | | |
| 42 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 43 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 44 | X | X | X | | | | | | X | X | | | | X | | | | X | | | | | | |
| 45 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 46 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 47 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |

## FOIA Exemption Code Index

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 49 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 50 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 51 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 52 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 53 | | | | | | | | | | | | | | | | | X | | | | | | | |
| 54 | X | X | X | X | | | | | | | | | | | | | | X | | | | | | |
| 55 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 56 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 57 | X | X | X | | | | | | X | X | | | | | | X | | X | | | | | | |
| 58 | X | X | X | | X | | | | X | X | | | | | | X | | X | | | | | | |
| 59 | X | X | X | | X | | | | X | X | X | | | | | | | X | | | | | | |
| 60 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 61 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 62 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 63 | X | X | X | | | | | | | | | | | | | | | X | | | | | | |
| 64 | X | X | X | | | | | | X | X | | | | X | | | | X | | | | | | |
| 65 | X | X | X | | | | | | X | | | | | | | | | X | | | | | | |
| 66 | | | X | | | X | | | | | | | | | | | | X | | | | | | |
| 67 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 68 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 69 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 70 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 71 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 72 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 73 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 74 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 75 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 76 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 77 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 78 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 79 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 80 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 81 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 82 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 83 | X | X | X | | | | | | | | | | | | | | | X | | | | | | |
| 84 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 85 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 86 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 87 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 88 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 89 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 90 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 91 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 92 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 93 | X | X | X | | | | | X | X | X | X | | | | | | | X | | | | | | |
| 94 | X | X | X | | | | | X | X | X | X | | | | | | | X | | | | | | |

# FOIA Exemption Code Index

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 96 | X | X | X | | X | | | | X | X | X | | | | | | | X | | | | | | |
| 97 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 98 | X | X | X | | X | | | | X | X | | | | X | | | | X | | | | | | |
| 99 | X | X | X | | X | | | | X | X | | | | | | | | X | | | | | | |
| 100 | X | X | X | | | | | X | X | X | | X | X | | | | | X | | | | | | |
| 101 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 102 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 103 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 104 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 105 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 106 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 107 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 108 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 109 | | | | | | | | | | | | | | | | | X | | | | | | | |
| 110 | | X | | | | | | | X | X | | | | | | | | X | | | | | | |
| 111 | X | X | X | | X | | | | X | X | X | | | | | | | X | | | | | | |
| 112 | X | X | X | | | | | | X | X | X | | X | X | | | | X | | | | | | |
| 113 | X | X | X | | | | | | X | X | X | X | | | | | | X | | | | | | |
| 114 | X | X | X | | X | | | | | X | X | X | | | X | | | X | | | | | | |
| 115 | X | X | X | | X | | | | X | X | X | X | | | X | | | X | | | | | | |
| 116 | X | X | X | | X | | | | | X | X | X | | | X | | | X | | | | | | |
| 117 | X | X | X | | X | | | | | X | X | X | | | X | | | X | | | | | | |
| 118 | X | X | X | | | | | X | X | X | X | | | X | | | | X | | | | | | |
| 119 | X | X | X | | | | | X | X | X | X | | | X | | | | X | | | | | | |
| 120 | X | X | X | | X | | | | | X | X | X | | | X | | | X | | | | | | |
| 121 | X | X | X | | X | | | | | X | X | X | | | X | | | X | | | | | | |
| 122 | X | X | X | | X | | | X | X | X | X | X | | X | | | | X | | | | | | |
| 123 | X | X | X | | X | | | X | X | X | X | | | X | | | | X | | | | | | |
| 124 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 125 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 126 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 127 | | X | | | | | | | X | X | | | | | | | | X | | | | | | |
| 128 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 129 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 130 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 131 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 132 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 133 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 134 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 135 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 136 | X | X | X | | X | | | | X | X | X | | | X | X | | | X | | | | | | |
| 137 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 138 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 139 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 140 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 141 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |

# FOIA Exemption Code Index

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 143 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 144 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 145 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 146 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 147 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 148 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 149 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 150 | X | X | X | X | | | | | | | | | | | | | | X | | | | | | |
| 151 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 152 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 153 | X | X | X | | | | | | X | X | | | | | X | | | X | | | | | | |
| 154 | X | X | X | | X | | | | X | X | | | | | X | | | X | | | | | | |
| 155 | X | X | X | | X | | | | X | X | X | | | | | | | X | | | | | | |
| 156 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 157 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 158 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 159 | X | X | X | | | | | | | | | | | | | | | X | | | | | | |
| 160 | X | X | X | | | | | | X | X | | | | X | | | | X | | | | | | |
| 161 | X | X | X | | | | | | X | | | | | | | | | X | | | | | | |
| 162 | | X | | | | X | | | | | | | | | | | | X | | | | | | |
| 163 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 164 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 165 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 166 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 167 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 168 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 169 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 170 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 171 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 172 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 173 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 174 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 175 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 176 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 177 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 178 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 179 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 180 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 181 | X | X | X | | | X | | | | | | | | | | | | X | | | | | | |
| 182 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 183 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 184 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 185 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 186 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 187 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 188 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |

**FOIA Exemption Code Index**

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 190 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 191 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 192 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 193 | X | X | X | | | | | X | X | X | X | | | | | | | X | | | | | | |
| 194 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 195 | X | X | X | X | | | | | X | X | X | | | | | | | X | | | | | | |
| 196 | X | X | X | X | | | | | X | X | | | | X | | | | X | | | | | | |
| 197 | X | X | X | X | | | | | X | X | | | | | | | | X | | | | | | |
| 198 | X | X | X | X | | | | X | X | X | | X | X | | | | | X | | | | | | |
| 199 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 200 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 201 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 202 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 203 | X | X | X | | | | X | X | X | X | | | | | | | | X | | | | | | |
| 204 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 205 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 206 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 207 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 208 | | | | | | | | | | | | | | | | | X | | | | | | | |
| 209 | | | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 210 | X | X | X | X | | | | X | X | X | | | | | | | | X | | | | | | |
| 211 | X | X | X | | | | | X | X | X | | | X | X | | | | X | | | | | | |
| 212 | X | X | X | | | | | X | X | X | X | | | | | | | X | | | | | | |
| 213 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 214 | X | X | X | X | | | | X | X | X | X | | | X | | | | X | | | | | | |
| 215 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 216 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 217 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 218 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 219 | X | X | X | X | | | | X | X | X | | | | | | | | X | | | | | | |
| 220 | X | X | X | X | | | | X | X | X | X | | | X | | | | X | | | | | | |
| 221 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 222 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 223 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 224 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 225 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 226 | X | X | X | X | | | | | X | X | | | | | | | | X | | | | | | |
| 227 | X | X | X | X | | | | | X | X | | | | | | | | X | | | | | | |
| 228 | X | X | X | X | | | | | X | X | | | | | | | | X | | | | | | |
| 229 | X | X | X | X | | | | X | X | X | | | | | | | | X | | | | | | |
| 230 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 231 | X | X | X | X | | | | X | X | X | X | X | | X | | | | X | | | | | | |
| 232 | X | X | X | X | | | | X | X | X | X | | | X | | | | X | | | | | | |
| 233 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 234 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 235 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |

## FOIA Exemption Code Index

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 237 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 238 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 239 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 240 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 241 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 242 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 243 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 244 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 245 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 246 | X | X | X | | X | | | | X | X | X | | | X | X | | | X | | | | | | |
| 247 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 248 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 249 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 250 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 251 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 252 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 253 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 254 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 255 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 256 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 257 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 258 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 259 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 260 | X | X | X | X | | | | | | | | | | | | | | X | | | | | | |
| 261 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 262 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 263 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 264 | X | X | X | | X | | | | X | X | | | | | | X | | X | | | | | | |
| 265 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 266 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 267 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 268 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 269 | X | X | X | | | | | | | | | | | | | | | X | | | | | | |
| 270 | X | X | X | | | | | | X | X | | | | X | | | | X | | | | | | |
| 271 | X | X | X | | | | | | X | | | | | | | | | X | | | | | | |
| 272 | | | X | | | X | | | | | | | | | | | | X | | | | | | |
| 273 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 274 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 275 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 276 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 277 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 278 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 279 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 280 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 281 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 282 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |

# FOIA Exemption Code Index

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 283 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 284 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 285 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 286 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 287 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 288 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 289 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 290 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 291 | X | X | X | | | X | | | | | | | | | | | | X | | | | | | |
| 292 | X | X | X | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 293 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 294 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 295 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 296 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 297 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 298 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 299 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 300 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 301 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 302 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 303 | X | X | X | | | | | X | X | X | X | | | | | | | X | | | | | | |
| 304 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 305 | X | X | X | | X | | | | X | X | X | | | | | | | X | | | | | | |
| 306 | X | X | X | | X | | | | X | X | | | | X | | | | X | | | | | | |
| 307 | X | X | X | | X | | | | X | X | | | | | | | | X | | | | | | |
| 308 | X | X | X | | X | | | X | X | X | | X | X | | | | | X | | | | | | |
| 309 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 310 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 311 | X | X | X | | X | | | X | X | X | | | | | | | | X | | | | | | |
| 312 | X | X | X | | X | | | X | X | X | | | | | | | | X | | | | | | |
| 313 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 314 | X | X | X | | | | X | X | X | X | | | | | | | | X | | | | | | |
| 315 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 316 | X | X | X | | | | | X | X | X | | | | | | | | X | | | | | | |
| 317 | X | X | X | | X | | | X | X | X | X | | X | X | | | | X | | | | | | |
| 318 | X | X | X | | X | | | X | X | X | X | | | X | | | | X | | | | | | |
| 319 | X | X | X | | X | | | X | X | X | X | | | X | | | | X | | | | | | |
| 320 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 321 | | | | | | | | | | | | | | | | | X | | | | | | | |
| 322 | | X | | | | | | | X | X | | | | | | | | X | | | | | | |
| 323 | X | X | X | | X | | | X | X | X | | | | | | | | X | | | | | | |
| 324 | X | X | X | | | | | X | X | X | | | | X | | | | X | | | | | | |
| 325 | X | X | X | | | | | X | X | X | X | | | | | | | X | | | | | | |
| 326 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 327 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 328 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 329 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |

**FOIA Exemption Code Index**

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 330 | X | X | X | | X | | | | | X | X | | | | | | | | X | | | | | | |
| 331 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 332 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 333 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 334 | X | X | X | | X | | | | | X | X | | | | | | | | X | | | | | | |
| 335 | X | X | X | | | | | | X | X | X | | | | | | | | X | | | | | | |
| 336 | X | X | X | | X | | | | X | X | X | X | | | X | | | | X | | | | | | |
| 337 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 338 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 339 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 340 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 341 | X | X | X | | X | | | | | X | X | | | | | | | | X | | | | | | |
| 342 | X | X | X | | X | | | | | X | X | | | | | | | | X | | | | | | |
| 343 | X | X | X | | X | | | | | X | X | | | | | | | | X | | | | | | |
| 344 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 345 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 346 | X | X | X | | X | | | X | | X | X | X | | | X | | | | X | | | | | | |
| 347 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 348 | X | X | X | | X | | | X | | X | X | X | X | | X | | | | X | | | | | | |
| 349 | X | X | X | | X | | | X | | X | X | X | X | | X | | | | X | | | | | | |
| 350 | X | X | X | | X | | | X | | X | X | X | | | X | | | | X | | | | | | |
| 351 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 352 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 353 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 354 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 355 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 356 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 357 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 358 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 359 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 360 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 361 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 362 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 363 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 364 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 365 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 366 | X | X | X | | X | | | | | X | X | X | | | X | X | | | X | | | | | | |
| 367 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 368 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 369 | X | X | X | | | | | | | X | X | | | | | | | | X | | | | | | |
| 370 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 371 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 372 | X | X | X | | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 373 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 374 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 375 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |
| 376 | X | X | X | | X | | | | | X | X | X | | | X | | | | X | | | | | | |

**FOIA Exemption Code Index**

| Bates | b1 | b3 1 | 7A-1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7D 1 | 7E 1 | 7E 2 | 7E 3 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Seal WIF | RD | Dup | Dup of | WIF Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 377 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 378 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 379 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 380 | X | X | X | X | | | | | | | | | | | | | | X | | | | | | |
| 381 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 382 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 383 | X | X | X | | | | | | X | X | | | | | | | | X | | | | | | |
| 384 | X | X | X | | X | | | | X | X | | | | | | X | | X | | | | | | |
| 385 | X | X | X | | X | | | | X | X | X | | | | | | | X | | | | | | |
| 386 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 387 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 388 | X | X | X | | | | | | X | X | X | | | | | | | X | | | | | | |
| 389 | X | X | X | | | | | | | | | | | | | | | X | | | | | | |
| 390 | X | X | X | | | | | | X | X | | | | X | | | | X | | | | | | |
| 391 | X | X | X | | | | | | X | | | | | | | | | X | | | | | | |
| 392 | | X | X | | | X | | | | | | | | | | | | X | | | | | | |
| 393 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 394 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 395 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 396 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 397 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 398 | X | X | X | | X | | | | X | X | X | | | X | | | | X | | | | | | |
| 399 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 400 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 401 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 402 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 403 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 404 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 405 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 406 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 407 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 408 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 409 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 410 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 411 | X | X | X | | | | | | X | X | X | | | X | | | | X | | | | | | |
| 412 | X | X | X | | | X | | | | | | | | | | | | X | | | | | | |
| 413 | | | | | | | | | | | | | | | | | | | | | | | | |
| 414 | | | | | | | | | | | | | | | | | | | | | | | | |
| 415 | | | | | | | | | | | | | | | | | | | | | | | | |
| 416 | | | | | | | | | | | | | | | | | | | | | | | | |
| 417 | | | | | | | | | | | | | | | | | | | | | | | | |
| 418 | | | | | | | | | | | | | | | | | | | | | | | | |
| 419 | | | | | | | | | | | | | | | | | | | | | | | | |
| 420 | | | | | | | | | | | | | | | | | | | | | | | | |
| 421 | | | | | | | | | | | | | | | | | | | | | | | | |
| 422 | | | | | | | | | | | | | | | | | | | | | | | | |
| 423 | | | | | | | | | | | | | | | | | | | | | | | | |